**I Braun Degenshein** (SBN 138832)
**Attorney at Law**
81 Skyway Lane
Oakland, CA 94619
(510) 553-9669
(510) 633-1900 (fax)

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGETTE "JETT" PSARIS, Ph.D.,** d/b/a **THE CONSCIOUS LIVING CENTER** <br><br> Plaintiff, <br><br> vs. <br><br> **DEBORAH OOTEN, Ph.D.** and **CONSCIOUS LIVING CENTER GROUP, INC.** <br><br> Defendants | **Case No.:  3:06-cv-07150 MHP** <br><br> **NOTICE OF DISMISSAL** |

The adverse party not having served an answer or a motion for summary judgment, plaintiff Georgette "Jett" Psaris, d/b/a The Conscious Living Center hereby gives Notice that she voluntarily dismisses the instant action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),

**Dated:**  March 19, 2006

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]

**I Braun Degenshein**
**Attorney at Law**

/s/ I Braun Degenshein

_____
By:  I Braun Degenshein
Attorney for Plaintiff

March 29, 2007

I Braun Degenshein
Attorney at Law
81 Skyway Lane
Oakland, CA 94619
510-553-9669

NOTICE OF DISMISSAL − Page 1

Not of Dismissal.psaris.doc